# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 11-00262-KD-N |
| | ) |
| STANLEY MARSHALL WRIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the motion to terminate supervised release filed by Defendant Stanley Marshall Wright (doc. 480). Upon consideration, it is **ORDERED** that the United States shall file any response to the motion on or before **Friday, March 4, 2016**. If the United States files a timely objection, then pursuant to Federal Rule of Criminal Procedure 32.1(c) the motion shall be set for a hearing on **March 15, 2016 at 10:00 a.m.** in Courtroom 5A of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this the 26th day of February 2016.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**